AUSA:    Rawsthorne                        Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint      Special Agent:    Bowers                        Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
   v.

Nathanial Alexander Tessner,

Case: 1:21−mj−30099
Assigned To : Unassigned
Assign. Date : 2/27/2021
CMP USA V TESSNER (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 2017 until February 2019____ in the county of _____Clare_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2251 | Production of child pornography |
| 18 U.S.C. § 2252A | Receipt of child pornography |

This criminal complaint is based on these facts:

That on or about February 2017 until February 2019, there is probable cause to believe that Nathanial Tessner committed one or more violations of 18 U.S.C. §§ 2251, 2422(b), and 2252A.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eli Bowers, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  _February 27, 2021_____

_____
*Judge's signature*

City and state:  _Detroit, MI_____

Curtis Ivy, Jr., United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Eli Bowers, being first duly sworn, state as follows:

1.  I have been employed as a Special Agent of the FBI since 2015, and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I was employed as a Park Ranger with the National Park Service for approximately six years, where my duties included the enforcement and investigation of federal crimes. While employed by the FBI, I have investigated numerous federal criminal violations related to child exploitation and child pornography. I have received training in investigating internet fraud, computer intrusions, and matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2.  This affidavit is made in support of a criminal complaint and arrest warrant for NATHANIAL ALEXANDER TESSNER (DOB: x/xx/92) of Harrison, Michigan, for production of child pornography (in violation of 18 U.S.C. § 2251); online enticement (in violation of 18 U.S.C. § 2422(b)), and receipt of child pornography (in violation of 18 U.S.C. § 2252A).

3.  The statements contained in this affidavit are based in part on information provided by Special Agents and Task Force Officers of the FBI and other law enforcement officers, information gathered from the service of administrative

subpoenas, independent investigations and analysis by FBI agents/analysts, and my experience, training, and background.  Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

## FACTS ESTABLISHING PROBABLE CAUSE

4.    There is probable cause to believe that an individual named NATHANIAL ALEXANDER TESSNER has used, persuaded, induced, enticed, or coerced at least one female and one male juvenile to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and sending those sexually explicit images and/or videos to him through electronic means, including various chat and video communication applications.

### Identification of Victims

5.    Operation Rescue Me (ORM) represents a strategic partnership between the Federal Bureau of Investigation Headquarters (FBIHQ), and the National Center for Missing and Exploited Children (NCMEC).  ORM is described as an aggressive initiative focusing strictly on determining the identity of child victims depicted in child exploitation material. Methods employed through the ORM initiative involve a concentrated effort to exploit clues and/or information observed

in the background of child exploitation images/videos, leading first to the identification/rescue of the child victim(s), and second to the capture of the perpetrator.

6.     On or around January 6, 2021, a foreign partner uncovered information in the International Child Sexual Exploitation (ICSE) database under the series title "TealTriangles" and indicated that the Child Sexual Abuse Material (CSAM) was likely produced in America. The series is comprised of 13 videos and 64 images. Abuse of a minor female victim (approximately 3 years old) is depicted by a pubescent female minor (identified as Minor Victim 1 or MV1 herein). The series also includes videos of MV1 having intercourse with a dog, as well as additional images and video depicting MV1 masturbating, and in various states on undress.

7.     FBI personnel assigned to the Child Exploitation Operational Unit (CEOU) at FBIHQ, were able to use a software tool that searched open source image repositories to identify the minors depicted in the CSAM described above. Additional open source searches of state databases and social media were used to further identify and locate the individuals.  More specifically, MV1 was found to be located in the Eastern District of Michigan.  An investigative lead was sent by FBIHQ to the Detroit-based FBI task force assigned to investigating such crimes and allegations.

8.   On February 19, 2021, investigators from the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force made contact with the father of MV1.  MV1's father agreed to bring MV1 in for a Child/Adolescent Forensic Interview (CAFI) to discuss the details of the images which were discovered by law enforcement.

**Minor Victim 1**

9.   On February 25, 2021, MV1 was interviewed by an FBI Child/Adolescent Forensic Interviewer.  MV1 provided the following information:

10.  In 2017, MV1, who was 14 years old, met an individual later identified as NATHANIAL ALEXANDER TESSNER.  The two met in a group chat in the phone chat application KIK.  The conversation soon became private when the two began communicating one-on-one, primarily through WHATSAPP, a chat application, and the video chatting application, SKYPE.  The conversations became of a sexual nature almost immediately.  Their contact lasted for approximately three years.

11.  A few months after TESSNER began communicating with MV1, believed to be February 2017, the two began meeting up for sexual encounters.  The encounters would occur over multi day periods either at a hotel or at TESSNER's house.  MV1 described TESSNER as "abusive," and would guilt MV1 into doing sexual things, be it in person or via internet chats, to and for TESSNER even when

- 4 -

MV1 would express no interest in sexual activity.  MV1 felt obligated to follow TESSNER's orders because MV1, who was extremely depressed and struggling with mental illness, did not want to upset TESSNER by not following his requests. TESSNER would control what MV1 would wear, who MV1 would spend time with, and even what family activities MV1 would be allowed to attend.  Due to the mental abuse inflicted by TESSNER, MV1 ended up in the hospital on multiple occasions for suicidal actions and depression.

12.  During these in person meetings, TESSNER would provide alcohol and occasionally Marijuana to MV1.  The two would then engage in various sexual acts, which TESSNER would sometimes record on his cellular telephone.  MV1 believed there were times TESSNER recorded their sexual acts without MV1's knowledge, because MV1 would later see images or videos of them engaging in sex where MV1 did not remember TESSNER recording.

13.  On one occasion, TESSNER convinced MV1 to engage in sexual activity with her 3 year old sister (MV2).  TESSNER requested nude images of MV2 taken while in the bathtub, as well as nude images of MV1 and MV2 together.  MV1 was also convinced to attempt to "make out" with MV2 on video at the request of TESSNER.  These images and videos were later discovered by law enforcement.

14.  On other occasions, TESSNER convinced MV1 to engage in sexual intercourse with her dog.  Videos of multiple sexual encounters with MV1 and a

dog were depicted in the videos recovered by law enforcement.  MV1 told

interviewers this was at the specific request of TESSNER.  Videos of these sexual

encounters were later discovered by law enforcement.

15.  TESSNER and MV1 would video chat via the application SKYPE, almost

daily.  During these video chats, TESSNER would convince MV1 to conduct

sexual activity on camera, often while TESSNER masturbated.  MV1 believed

TESSNER would sometimes record these live videos without MV1's knowledge.

16.  At some point at the end of their contact, MV1 discovered TESSNER was

engaged in sexual activity with another male minor close to Tessner, MV3.

TESSNER sent a video of TESSNER and MV3 engaged in oral sex, and also told

MV1 he had engaged in anal sex with MV3.

### Identification of TESSNER

17.  MV1 identified TESSNER by his name, Nathanial TESSNER, with a

middle name of Alexander.  MV1 described TESSNER as a white male,

approximately 26 years old (during their contact), with a shaved head and a goatee,

who lived in Harrison, MI.  MV1 also identified MV3, TESSNER's brother, by

name.  Open source database searches identified NATHANIAL ALEXANDER

TESSNER, date of birth 02/**/1992, of Harrison, Michigan, with a brother, who

lives at the same address, with the name given to investigators by MV2.

18.  TESSNER is a registered sex offender in the State of Michigan, stemming from a 2013 charge concerning charges pertaining to the possession of child pornography.  This charge, through the United States Air Force Military court, resulted in TESSNER's dishonorable discharge, 18 months' imprisonment, and supervised release.

19. TESSNER has a Michigan drivers license with a listed address located in Harrison, MI.  This location is consistent with the reporting by MV1. Additionally, TESSNER, as a normal part of his reporting requirements as a sex offender, reported into the state of Michigan on February 26, 2021.  TESSNER is required to keep his address updated pertaining to his sex offender registry, and has listed his residence as located in Harrison, MI.

## Search Warrant Execution

20. On February 26, 2021 law enforcement executed a search warrant at the address listed on TESSNER's drivers license and sex offender reporting documents in Harrison, Michigan.  However, upon making contact with TESSNER's parents at this address, it was discovered TESSNER was actually living in a house located next door.  Agents made contact with TESSNER at the new address.  Also on February 26, 2021, a search warrant was obtained for TESSNER's newly identified residence.

21. During the search of TESSNER's residence, numerous electronic devices were seized.  TESSNER did not wish to speak to investigators.  Forensic analysis of these seized items has not yet been completed.

## <u>CONCLUSION</u>

22. Based on the aforementioned facts, there is probable cause to believe that NATHANIAL TESSNER committed one or more violations of 18 U.S.C. §§ 2251, 2422(b), and 2252A.

Respectfully submitted,

Eli Bowers
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 27th day of February, 2021

HON. CURTIS IVY, JR.
UNITED STATES MAGISTRATE JUDGE